UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| J.W.N. (XXX-XX-9795) | CIVIL ACTION NO. 22-cv-3180 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, and having thoroughly reviewed the record, including the Objection [Doc. No. 13] filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this case is hereby **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 12th day of September 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE